UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:89-CR-4-T-17-TGW

ROY LARRY LEE
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No.1010). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant, through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 1013 and 1014 and Probation's Amended Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and probation concur that the defendant is not eligible for a reduction in sentence based on the amended guidelines, as the defendant was sentenced as a career offender. The defendant otherwise argues. The Court agrees with the position of the government and the probation office. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 1010) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 1st day of March, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record